Núm. 9722.—PUEBLO, apldo. *v.* TORRES, aplte.—C. D. Humacao. Portar armas.   Marzo 12, 1943.

POR CUANTO, en el presente caso el apelante, con fecha 28 de abril de 1942 fué sentenciado a cumplir seis meses de cárcel, sin costas, por un delito de portar armas prohibidas;

POR CUANTO, el 2 de septiembre de 1942 el acusado dirigió al Fiscal de la Corte de Distrito de Humacao un escrito que tituló ''Escrito de Apelación'' en el cual solicitó de dicho funcionario le nombrase un abogado para que le tramitase recurso de apelación contra la sentencia antes indicada y para que también presentase una moción solicitando se le concediese el beneficio de pobreza;

POR CUANTO, el Secretario de la corte inferior, erróneamente considerando tal escrito como un escrito de apelación, remitió a esta Corte la transcripción de autos el 2 de octubre último, radicándose por el acusado el 5 de febrero de 1943 un alegato en apoyo de su recurso, y radicando su informe el Fiscal de este Tribunal el 12 de febrero último;

POR CUANTO, celebrada la vista de este caso con la sola comparecencia del Fiscal, solicitó este último, conforme lo hizo en el informe escrito, que se desestimase el recurso por no haberse notificado al Fiscal de Distrito el escrito de apelación;

POR TANTO, vistos los autos de este caso y considerando que no sólo no se notificó el escrito, si que no se presentó tal escrito de apelación, se desestima el recurso por falta de jurisdicción.